# COMPLAINT
**(for filers who are prisoners without lawyers)**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

DeWayne Antoone Hill

v.

Case Number:

(Full name of defendant(s))

Lieutenant. Thomsen

_____
(to be supplied by Clerk of Court)

---

A.   **PARTIES**

1.   Plaintiff is a citizen of __Wisconsin__, and is located at
        (State)

Waupun Correction Inst. PO Box 351 Waupun WI 53963
        (Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper.)

2.   Defendant __Lieutenant. Thomsen__
        (Name)

is (if a person or private corporation) a citizen of __Wisconsin__

and (if a person) resides at ___Unknown___

and (if the defendant harmed you while doing the defendant's job)

worked for ___Waupun Correctional Inst. PO Box 351 Waupun WI 53963___

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

Lieutenant Thomsen, Violated my 8th Amendment by using excessive force against me, and going against policy to do so. On 1-8-24 at or around 14:00 – 21:00 Pm, in segregation on range Lower A in cell A113, I started to self-harm after telling SGT. Jane Doe and LT. John Doe that I was feeling suicidal. SGT. Jane Doe and LT. John Doe left my cell door and ignored me for more than 40 minutes. I started to self harm by trying to choke myself with my bed sheets and also banging my head against my cell wall. After 40 minutes LT. Thomsen came to my cell door, and began to spray (Bear spray) inside my cell. At this time LT. Thomsen order correctional officer John Doe to shoot pepper balls at me after 6 to 7 shoots of being hit with the

Complaint – 2

pepper ball gun, he order my cell door to be open. At this time (4) correctional officers John Doe enter my cell. I was being restrain by 4 correctional officers (John Doe) when LT. Thomsen shot his X26P taser Striking me in my upper torso. He then reloaded his X26P taser and shots me again striking me in my lower back. He then (LT. Thomsen) took his X26P taser and drive stun me for more than 7 seconds. All of this while I am being restrain by 4 correctional officers. LT. Thomsen and Nurse (Jane Doe) took pictures and removed 2 sets of prongs from my body. I am seeking money damage for excessive force, and a change in policy, for dealing with suicidal inmates. I had the video saved. I exhaust my Administrative remedy. Waupun correctional institution refuse to accept their Lieutenant handle me with excessive force, while being restrain.

## C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

## D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I DeWayne A Hill is asking the Courts to award me $50,000, and also a change of policy (Preliminary Injunction) so what happen to me wont happen to anyone else.

E.    JURY DEMAND

I want a jury to hear my case.

☒ – YES        ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this _26th_ day of ___March___ 20 24.

Respectfully Submitted,

_Deyna Hill_

Signature of Plaintiff

_476365_

Plaintiff's Prisoner ID Number

_Waupun Correctional Institution_

_P.O Box 351 Waupun WI 53963_

(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE

☒    I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐    I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.